**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6008**

UNITED STATES OF AMERICA,

　　　　　Plaintiff - Appellee,

　　v.

ANDRE RICARDO ROACH, a/k/a Squeaky, a/k/a Redrum, a/k/a Rum,

　　　　　Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, Chief District Judge.  (1:11-cr-00526-GLR-1)

Submitted:  December 5, 2024　　　　　　　　　Decided:  December 10, 2024

Before GREGORY and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Andre Ricardo Roach, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Ricardo Roach appeals the district court's orders denying his motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) and denying reconsideration. "We review a district court's decision [whether] to reduce a sentence under 18 U.S.C. § 3582(c)(2) for abuse of discretion and its ruling as to the scope of its legal authority under § 3582(c)(2) de novo." *United States v. Mann*, 709 F.3d 301, 304 (4th Cir. 2013). Our review of the record reveals no reversible error. Accordingly, we affirm the district court's orders. *United States v. Roach*, No. 1:11-cr-00526-GLR-1 (D. Md. Sept. 15, 2023; Dec. 13, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*